# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2015

## NO. 03-12-00808-CR

**Andre Demar Gipson, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PEMBERTON, GOODWIN, AND FIELD
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the trial court's judgment as follows: to change the phrase "29.03 Health and Safety Code" to "29.03 Penal Code;" and to reflect that appellant pleaded true to an enhancement allegation. The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.